UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    James A. Goulet                      Case No. 10-49893-MBM
                                               Honorable Marci B. McIvor
_____/     Chapter 7

NOTICE OF DIVIDENDS UNDER $5

TO THE CLERK OF THE COURT:

       The enclosed check in the amount of $4.01 represents the total sum of dividends under $5 in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The creditor name and claim number is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| FIA Card Services, NA/Bank of America | 6 | $ 4.01 |

Date: March 14, 2011                      /s/   Homer W. McClarty
                                                         Homer W. McClarty, Trustee (P26670)
                                                         24400 Northwestern Highway
                                                         Suite 204
                                                         Southfield, MI 48075
                                                         (248) 352-7686
                                                         trustee@morganmcclarty.com